# MEMORANDUM DECISIONS.

**ADAMS v. WALLACE.** (Supreme Court, Appellate Division, First Department. May 15, 1903.) Action by Jed E. Adams, Jr., against Latimer A. Wallace. No opinion. Motion denied.

**AGLE, Respondent, v. POSTAL TELEGRAPH CABLE CO., Appellant.** (Supreme Court, Appellate Division, Fourth Department. May 5, 1903.) Action by Michael Agle against the Postal Telegraph Cable Company. No opinion. Judgment affirmed, with costs.

**ALCOCK v. WEAVER et al.** (Supreme Court, Appellate Division, Fourth Department. May 5, 1903.) Action by John H. Alcock against Edward Weaver and others. No opinion. Judgment affirmed, with costs.

**AMERICAN HOSIERY CO., Respondent, v. RUDD, Appellant.** (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) Action by the American Hosiery Company against Nathan P. Rudd. No opinion. Judgment affirmed, with costs.

**AMERICAN SURETY CO., Respondent, v. TAMS et al., Appellants.** (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by the American Surety Company against Arthur W. Tams and another. J. A. Douglas, for appellants. M. E. Kelley, for respondent. No opinion. Judgment and order affirmed, with costs.

**ANISANSEL, Appellant, v. JONES CONST. CO., Respondent.** (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Arthur Anisansel against the Jones Construction Company. A. H. Parkhurst, for appellant. H. L. Brant, for respondent. No opinion. Judgment affirmed, with costs.

**ASKEY, Appellant, v. NEW YORK & N. S. RY. CO., Respondent.** (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by Robert L. Askey against the New York & North Shore Railway Company. No opinion. Motion for reargument denied. Leave to appeal to the Court of Appeals unnecessary.

**In re ASPINALL et al.** (Supreme Court, Appellate Division, Second Department. May 28, 1903.) In the matter of the judicial settlement of the account of Joseph Aspinall and Samuel M. Weeks, as executors, etc., of Louisa J. Hollis, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs, upon the oral opinion of the Surrogate.

**ASSOCIATE ALUMNI v. GENERAL THEOLOGICAL SEMINARY.** (Supreme Court. Appellate Division, First Department. June 5, 1903.) Action by the Associate Alumni, etc., against the General Theological Seminary, etc. No opinion. Application denied.

**BAIRD v. CODY et al.** (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Andrew R. Baird against James A. Cody and others. No opinion. Judgment reversed, and new trial granted, costs to abide the final award of costs, on the authority of Volkommer v. Cody (decided herewith) 82 N. Y. Supp. 969.

**BARSON et al., Respondents, v. MULLIGAN et al., Appellants.** (Supreme Court, Appellate Division, First Department. May 22, 1903.) Action by William G. Barson and another against Agnes K. M. Mulligan and another. W. G. Mulligan, for appellants. H. A. Forster, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

**BARSON et al., Appellants, v. MULLIGAN et al., Respondents.** (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by William G. Barson and others against Agnes K. M. Mulligan and others. H. A. Forster, for appellants. W. G. Mulligan, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 82 N. Y. Supp. 677.

**BAUDOUINE, Respondent, v. GARR, Appellant.** (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Charles A. Baudouine against Agnes M. R. Garr. T. P. Wickes, for appellant. J. G. Saxe, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

**BAYERDOERFER, Respondent, v. WEIL et al., Appellants.** (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Frank Bayerdoerfer against Leopold